**MICHAEL R. McDONNELL, CA SBN 41463-0**
**The McDonnell Law Firm**
418 E. La Habra Boulevard
La Habra, California 90631
mike@mcdonnelllaw.org
Office: (562) 694-3827
Fax: (562) 694-4280

**Attorney for Defendant, JUVENTINO ALVAREZ**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No: 1:19CR-00162-LJO-SKO-1** |
| Plaintiff, ) ) | **NOTICE OF WAIVER OF PERSONAL PRESENCE** |
| vs. ) | |
| JUVENTINO ALVAREZ, ) ) | |
| Defendant. ) ) | |
| _____ ) | |

    Defendant, Juventino Alvarez, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

    Defendant requests the Court to proceed during every absence of his which the Court may permit, pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, Michael R. McDonnell, or co-counsel, James R. Homola, on behalf of attorney Michael McDonnell as if Defendant was personally present; and, further agrees to be present in person, in court, for trial any day and time the Court may direct.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (18 U.S.C. §§ 3161-3174), and authorizes his attorney to set time and approve delays under the Act without the Defendant's physical presence.

Defendant is in custody and due to his medical condition is undergoing dialysis treatments 3 times a week.  He is scheduled for dialysis on Monday, September 30th and is unable to be present and therefore desires his transportation to court be cancelled.  Defendant further acknowledges that co-counsel, James Homola, will appear on his behalf for his attorney, Michael McDonnell on September 30, 2019.

Dated:   September 25, 2019  /s/ Juventino Alvarez  
Juventino Alvarez  
Defendant

Dated: September 25, 2019  /s/ Michael R. McDonnell  
MICHAEL R. MC DONNELL  
Attorney for Defendant  
Juventino Alvarez

# O R D E R

IT IS SO ORDERED.

Dated:   **September 25, 2019**  /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE