| | |
|---|---|
| 1 | MCGREGOR W. SCOTT <br> United States Attorney |
| 2 | KATHLEEN A. SERVATIUS <br> Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 <br> Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 <br> Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff <br> United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **CASE NO. 1:19-CR-00162 LJO-SKO** |
| | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| v. | | |
| JUVENTINO ALVAREZ, ET. AL. | | Date: February 3, 2020 <br> Time: 1:00 p.m. |
| | Defendants. | Honorable Sheila K. Oberto |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the status conference in this case from February 3, 2020, until April 13, 2020 at 1:00 p.m.

The parties request that time be excluded between February 3, 2020 and April 13, 2020 for the following reasons: the defendants need additional time to review the discovery, consult with their clients, and conduct further investigation. The case involves two wiretaps and approximately 5,000 pages of discovery. The proposed status conference date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation.

The parties further believe that time should be excluded until April 13, 2020, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and

STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION

1

unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: January 30, 2020  
MCGREGOR W. SCOTT  
United States Attorney

/s/ *Kathleen A. Servatius*  
KATHLEEN A. SERVATIUS  
Assistant United States Attorney

Dated: January 30, 2020  
/s/ *James Homola*  
Attorney for Juventino ALVAREZ

Dated: January 30, 2020  
/s/ *Michael McDonald*  
Attorney for Defendant Julio Rivera

## **ORDER**

IT IS HEREBY ORDERED that the status conference in this case be continued from February 3, 2020, until April 13, 2020, at 1:00 p.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 3, 2020, and April 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**January 31, 2020**__   /s/ *Sheila K. Oberto*  
UNITED STATES MAGISTRATE JUDGE