PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JUVENTINO ALVAREZ,<br><br>                              Defendant. | CASE NO.  1:19-CR-00162-JLT-SKO<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE: May 13, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1.      The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Katherine E. Schuh, and the defendant Juventino Alvarez, by and through his counsel of record, Brian McDonnell, hereby stipulate as follows:

2.      The parties have reached a plea agreement in this case.

3.      The parties ask that the matter as to defendant Juventino Alvarez be set for a change of plea before the Honorable Jennifer L. Thurston on May 13, 2022, at 9:00 AM.

4.      The parties request that the Court VACATE the status conference currently set for March 30, 2022, at 1:00 p.m. before the Honorable Sheila K. Oberto.

5.      By this stipulation, defendant now moves to exclude time between March 30, 2022, and May 13, 2022.  The parties further agree and stipulate, and request that the Court find the following:

           a)      The government has represented that the discovery associated with this case

includes investigative reports, photographs, video recordings, audio records, and other investigative documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for the defendant requests additional time to consult with his client and prepare for entry of the change of plea.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 30, 2022 to May 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

1   IT IS SO STIPULATED.

2

3   Dated:  March 22, 2022                    PHILLIP A. TALBERT
                                             United States Attorney

4

5                                            /s/ Katherine E. Schuh
                                             KATHERINE E. SCHUH
6                                            Assistant United States Attorney

7

8   Dated:  March 22, 2022                    /s/ Brian McDonnell
                                             Brian McDonnell
9                                            Counsel for Defendant
                                             Juventino Alvarez

10

11

12

13                              **ORDER**

14   IT IS SO ORDERED.

15

16

17
    DATED:  3/22/2022                    _Sheila K. Oberto_
18                                       THE HONORABLE SHEILA K. OBERTO
                                         UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28