PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00162-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | DATE: August 19, 2022 |
| JUVENTINO ALVAREZ, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Laurel J. Montoya, and the defendant Juventino Alvarez, by and through his counsel of record, Brian McDonnell, hereby stipulate as follows.

2. The defendant has entered a plea in this matter and the sentencing hearing date is currently set for August 19, 2022 at 9:00 AM.

3. The parties ask that the sentencing hearing as to defendant Juventino Alvarez be continued to September 23, 2022 at 9:00 AM before the Honorable Jennifer L. Thurston.

4. The parties further agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, photographs, video recordings, audio records, and other investigative documents. All of this discovery has been either produced directly to counsel

and/or made available for inspection and copying.

   b) Counsel for the defendant requests additional time to consult with his client and prepare for the sentencing hearing.

   c) Counsel for the government requests additional time to conduct additional investigation that may assist in determining the appropriate sentencing recommendation.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**[The remainder of this page intentionally left blank.]**

STIPULATION RE: SPEEDY TRIAL ACT; [P~~ROPOSED~~] ORDER 2

IT IS SO STIPULATED.

Dated: July 25, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: July 25, 2022

/s/ Brian McDonnell
Brian McDonnell
Counsel for Defendant
Juventino Alvarez

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **July 26, 2022**

UNITED STATES DISTRICT JUDGE