**BRIAN D. McDONNELL  CA SBN 260819**
**The McDonnell Law Firm**
17671 Irvine Blvd., Suite 110
Tustin, CA 92780-3128
brian@mcdonnelllaw.org
Office: (562) 694-3827
Fax: (562) 694-4280

**Attorney for Defendant, JUVENTINO ALVAREZ**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **JUVENTINO ALVAREZ,**  Defendant. | Case No: 1:19CR-00162-JLT-SKO-1  **STIPULATION TO CONTINUE SENTENCING; ORDER**  Date: September 23, 2022  Time: 9:00 a.m.  The Honorable Jennifer L. Thurston |

IT IS HEREBY STIPULATED and agreed by and between, Defendant, Juventino Alvarez, by and through Attorney Brian D. McDonnell, along with Assistant United States Attorney, Laurel J. Montoya, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to vacate the sentencing hearing now scheduled for September 23, 2022, at 9:00 a.m. and continue to Friday, October 28, 2022, at 9:00 a.m. or another date convenient to the Court and parties.

This request is based upon the following reasons:

1. The defendant has entered into a plea agreement with the United States Attorney's Office.
2. The defendant entered a change of plea on May 13, 2022.
3. Sentencing in this matter has been scheduled for Friday, September 23, 2022, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

The parties further agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant requests additional time to consult with his client and prepare for the sentencing hearing.

b) Counsel for the government requests additional time to conduct additional investigation that may assist in determining the appropriate sentencing recommendation.

c) Counsel for defendant believes failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account due diligence.

d) Counsel for defendant has communicated the need for a continuance to Assistant U.S. Attorney Laurel Montoya and she has no objection to said continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

///

///

///

///

IT IS SO STIPULATED.

Dated:  September 14, 2022					THE McDONNELL LAW FIRM

							/s/ Brian D. McDonnell
							BRIAN D. McDONNELL
							Counsel for Defendant
							Juventino Alvarez


Dated:  September 14, 2022					PHILLIP A. TALBERT
							United States Attorney

							/s/  Laurel J. Montoya
							LAUREL J. MONTOYA
							Assistant United States Attorney


IT IS SO FOUND.


IT IS SO ORDERED.

Dated:   **September 14, 2022**					_____
							UNITED STATES DISTRICT JUDGE