PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00162-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JUVENTINO ALVAREZ, | DATE: October 28, 2022 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 28, 2022.

2. By this stipulation, defendant now moves to continue the sentencing hearing until December 2, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)     The government does not object to the continuance.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 26, 2022            PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ LAUREL J. MONTOYA
                                             LAUREL J. MONTOYA
                                             Assistant United States Attorney

Dated: October 26, 2022            /s/ BRIAN McDONNELL
                                             BRIAN McDONNELL
                                             Counsel for Defendant
                                             JUVENTINO ALVAREZ

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **October 26, 2022**

UNITED STATES DISTRICT JUDGE