PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00162-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JUVENTINO ALVAREZ, | DATE: December 2, 2022 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 2, 2022.

2. By this stipulation, defendant now moves to continue the sentencing hearing until January 20, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c) The government does not object to the continuance.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 30, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: November 30, 2022

/s/ BRIAN McDONNELL
BRIAN McDONNELL
Counsel for Defendant
JUVENTINO ALVAREZ

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **December 1, 2022**

UNITED STATES DISTRICT JUDGE