PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUVENTINO ALVAREZ,<br><br>Defendant. | CASE NO. 1:19-CR-00162-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 27, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 27, 2023.

2. By this stipulation, defendant now moves to continue the sentencing hearing until April 24, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to, and joins in the request for the continuance.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  February 22, 2023

        PHILLIP A. TALBERT
        United States Attorney

        /s/ LAUREL J. MONTOYA
        LAUREL J. MONTOYA
        Assistant United States Attorney

Dated:  February 22, 2023

        /s/ BRIAN McDONNELL
        BRIAN McDONNELL
        Counsel for Defendant
        JUVENTINO ALVAREZ

**ORDER**

IT IS SO ORDERED.

 Dated:  **February 22, 2023**

        UNITED STATES DISTRICT JUDGE