**BRIAN D. McDONNELL  CA SBN 260819**
**The McDonnell Law Firm**
17671 Irvine Blvd., Suite 110
Tustin, CA 92780-3128
brian@mcdonnelllaw.org
Office: (562) 694-3827
Fax: (562) 694-4280

**Attorney for Defendant, JUVENTINO ALVAREZ**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**JUVENTINO ALVAREZ,** )<br>)<br>Defendant. )<br>_____ ) | **Case No: 1:19CR-00162-JLT-SKO-1**<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date: June 26, 2023<br>Time: 10:00 a.m.<br>The Honorable Jennifer L. Thurston<br><br>Proposed New Date: July 24, 2023<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED and agreed by and between, Defendant, Juventino Alvarez, by and through Attorney Brian D. McDonnell, along with Assistant United States Attorney, Laurel J. Montoya, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to vacate the sentencing hearing now scheduled for June 26, 2023, at 10:00 a.m. and continue to Monday, July 24, 2023, at 10:00 a.m. or another date convenient to the Court and parties.

This request is based upon the following reasons:

1. The defendant has entered into a plea agreement with the United States Attorney's Office.

2. The defendant entered a change of plea on May 13, 2022.

3. Sentencing in this matter by previous order was continued to Monday, June 26, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston.

4. By stipulation, the defendant now moves the Court to continue the sentencing hearing until July 24, 2023, at 10:00 a.m..

The parties further agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant and the government are in ongoing negotiations as a result of some post plea investigations and therefore find they need additional time to reach an agreement.

b) Counsel for defendant believes failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account due diligence.

c) The government does not object to and joins in the request for the continuance.

Stipulation/ Order to Continue Sentencing
USA vs Juventino Alvarez
Case No. 1:19CR-00162-01         Page 2

d) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are

IT IS SO STIPULATED.

Dated:  June 22, 2023                                  THE McDONNELL LAW FIRM

                                                            /s/ Brian D. McDonnell
                                                            BRIAN D. McDONNELL
                                                            Counsel for Defendant
                                                            Juventino Alvarez

Dated:  June 22, 2023                                  PHILLIP A. TALBERT
                                                            United States Attorney

                                                            /s/   Laurel J. Montoya
                                                            LAUREL J. MONTOYA
                                                            Assistant United States Attorney

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **June 22, 2023**                                                                 *Jennifer L. Thurston*
                                                                                                                           UNITED STATES DISTRICT JUDGE