PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUVENTINO ALVAREZ,<br><br>Defendant. | CASE NO. 1:19-CR-00162-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 24, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 24, 2023.

2. By this stipulation, defendant now moves to continue the sentencing hearing until August 28, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)     The government does not object to, and joins in the request for the continuance.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 19, 2023                          PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ LAUREL J. MONTOYA
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney

Dated: July 19, 2023                          /s/ BRIAN McDONNELL
                                                BRIAN McDONNELL
                                                Counsel for Defendant
                                                JUVENTINO ALVAREZ

**ORDER**

Mr. Alvarez was sentenced in this case on May 13, 2022. (Doc. 71) At that time, the Court set sentencing to occur in September 2022. *Id*. Repeatedly, counsel have stipulated to continue the sentencing. (Docs. 78, 80, 82, 84, 86, 90) Each stipulation reads nearly identically. The explanation given for the need for the stipulation is to "allow additional time to conduct post-plea investigation and prepare for the sentencing hearing" and the need to allow time for "post plea investigations." Never has there been an explanation why in the 14 months since the Court accepted Mr. Alvarez's plea, have they been unable to complete the work that they indicate is needed before the sentence can be imposed, and the Court can fathom no reasonable explanation that does not involve a lack of diligence. Consequently, though the Court will grant this last continuance, **it will not again entertain or grant a stipulation to continue this matter**.

///

///

///

The sentencing is **CONTINUED** to **August 28, 2023** at 10 a.m. Counsel and Mr. Alvarez are **ORDERED** to appear at that time.

IT IS SO ORDERED.

Dated:  **July 20, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE